IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-CR-230-GKF |
| TORRANCE LAMONT WILLIAMS, | |
| Defendant. | |

**Government's Unopposed Motion to Continue Sentencing**

The government respectfully requests a one-day Sentencing Hearing continuance to July 11, 2024. Alternatively, a day within the next seven days or a day convenient for the Court's schedule. The Sentencing Hearing is presently scheduled for July 10, 2024, at 10:30 a.m. The government contacted counsel for the defendant, who does not object to the government's continuance request. The government files this unopposed motion and respectfully requests a rescheduled Sentencing Hearing. In support, the government asserts:

1. The defendant does not oppose the relief requested in this motion;
2. The government's attorney is out-of-district, attending an all-day conference on July 10, 2024;
3. Because this Sentencing Hearing involves objections from both parties, testimony of a federal agent, and argument as to factual basis and history, the Court and/or the United States Probation Agent may have questions at the

time of sentencing to which this AUSA would be best equipped to answer rather than a covering AUSA; and

4. The defendant resides near the Tulsa area and will not be inconvenienced by the brief continuance request.

WHEREFORE, the government respectfully requests the Court strike the July 10, 2024, Sentencing Hearing and reset for either July 11, 2024, a day within the next seven days, or a day convenient for the Court.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney

/s/ Niko Boulieris
Niko Boulieris, MN. Bar No. 0397389
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119-1029
(918) 382-2700

## Certificate of Service

I hereby certify that on the 9th day of July, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF Registrants:

Robert Williams
*Counsel for Defendant*

/s/ Niko Boulieris
Niko Boulieris