IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 23-CR-230-GKF |
| | ) | |
| TORRANCE LAMONT WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ACKNOWLEDGMENT AND WAIVER OF RIGHT TO APPEAL

I, Torrance Lamont Williams, Defendant in NDOK Case No. 23-CR-230-GKF, have had my right to appeal my conviction and/or sentence explained to me by my attorney, Robert Scott Williams, and I do not desire to exercise that right.

Date: 7/18/24

_____
Torrance Lamont Williams, Defendant

I, Robert Scott Williams, the attorney appointed by the Court to represent the Defendant, Torrance Lamont Williams, in NDOK Case No. 23-CR-230-GKF, have advised the Defendant of his/her right to appeal the conviction and/or sentence of his/her right to counsel on appeal. I have further advised the Defendant as to the advantages and disadvantages of appealing his/her conviction and sentence. I have further advised the Defendant that the notice of appeal must be filed within 14 days after entry of the judgment or the order from which the appeal is taken.

Date: 7/18/2024

_____
Robert Scott Williams,
Counsel for Defendant

1